IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARCUS JENKINS, | ) |
| Petitioner, | ) |
| vs. | ) CIVIL ACTION NO. 2:10cv377-WHA |
| UNITED STATES OF AMERICA, | ) (WO) |
| Respondent. | ) |

**FINAL JUDGMENT**

In accordance with the order entered in this case on this day,

Final Judgment is entered in favor of the Respondent, United States of America, and against the Petitioner, Marcus Jenkins, and this case is DISMISSED with prejudice.

DONE this 19th day of June, 2012.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE